UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GURMAN AND DAVID GURMAN, TRUSTEES OF THE HELEN GURMAN 1993 TRUST,**<br><br>   Plaintiffs,<br><br>  v.<br><br>**PROTECTIVE LIFE INSURANCE COMPANY AND DOES 1-50,**<br><br>   Defendants. | Case No. **4:23-cv-02157-YGR**<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 69 |

The Court understands the parties to this action have settled the case in full. The parties submitted a joint statement notifying the Court that they have agreed to settlement on December 2, 2024. (Dkt. No. 69.)

Based thereon, this matter is **CONDITIONALLY DISMISSED.** Trial and any associated hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that the parties shall have until **January 31, 2025** to request that this Order be vacated and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: December 2, 2024

               _____
               **YVONNE GONZALEZ ROGERS**
               **UNITED STATES DISTRICT COURT JUDGE**